## Olsen, Wendy (USANYS)

**From:** Jimmy Edwards
**Sent:** Wednesday, April 25, 2012 3:26 PM
**To:** Olsen, Wendy (USANYS)
**Subject:** Fardella, Katz, Fuhse Victim Impact Statement

Case Number 2011R01082 and Court Docket Number 11-CR-00872 and
Case Number 2012R00132 and Court Docket Number 12-CR-00053

Dear Wendy:

Thank you for the opportunity to give input on how this crime has affected me and my family. I am combining the cases because all three were involved in the crime against me and my family. The loss of a quarter million dollars and a substantial part of our retirement nest egg has been a major blow to our retirement plans. I have been looking to return to the work force since 2009 but have been unable to find even an entry level position. We are currently living in Birmingham Alabama in a condo owned by our son-in-law, God bless his generosity. We are renting out our home in Lakeland, FL for a small income. The combination of this theft and the poor economy and investment returns has greatly reduced the income we expected to have in our retirement. We are just surviving. I believe I know how the Madoff victims feel, except we were not fortunate enough to receive years of above average investment returns before we were victimized.

Emotionally, I feel especially violated by Chris Fardella. He had been calling me for years with a series of investment ideas, all of which I turned down as too risky, but always trying to win my confidence. I think this whole hedge fund scheme was set up to appear to be a safe investment. Chris knew I was risk adverse. Even then I started out with a minimum investment. I was told I could expect steady returns in accord with their reported track record and could get out if returns did not hold up to historical. After a couple of quarters of alledged actual investment return payments in line with expectations, Chris solicited a 10 times greater investment shortly before they skipped town. I believe he knew what was coming. I could never get him to call me back after I discovered they had shut down. I did get ahold of his wife who assured me she would give the message to Chris.

Although I mainly spoke with Chris during the several years of communication before making this investment, I also spoke with Michael Katz. I was able to talk by phone with Michael several times after I had discovered they had shut down. Although he blamed the problem primarily on Bret Grebow, he was very apologetic and promised to repay me every cent I had invested. The last time I spoke with him he said he was going to the FBI and that he would not be able to talk about the matter after that and I have been unable to reach him since.

I only spoke with Kris Fuhse once and that was after Chris Fardella had solicited the larger investment. He seemed gruff and a little pushy about sending the additional investment money. I think he also knew what was coming.

I'm certain I probably don't know the whole truth of the matter, but considering their convictions, Michael's promise and Chris' and Fuhse's deception, I feel part of their sentence should include paying us restitution. At my age, I may not be able to obtain employment and my retirement investment income is spotty so any thing we can get would help. Paying restitution would be something that will be an ongoing reminder of their crime and its real impacts on their victims. If their encounter with the justice system has truly rehabilitated them, they should not even mind paying it.

Please let me know by responding to this email, if this is what you are looking for as response and input from a victim in this case. Also, how can I find out what sentence is actually handed down? Thank you, Jim Edwards